UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Wendy Ann Robinson, ) | C/A No.: 0:12-cv-00842-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Carolyn W. Colvin, Acting ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On February 17, 2015, counsel for the Plaintiff filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). The motion seeks reimbursement for representation in the above-captioned matter in the amount of $12,240.25, which amounts to twenty-five percent of the past-due benefits. On March 19, 2015, Defendant filed a response indicating no objection to Plaintiff's motion. The Court has reviewed counsel's fee petition, the notice of award, and the signed fee agreement that was submitted with the petition, and finds counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), be granted in the amount of $12,240.25. However, because counsel received attorney's fees paid pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), then he shall refund the EAJA attorney's fees to his client in the amount of $4,396.25.

IT IS SO ORDERED.

March 23, 2015
Florence, SC

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge